PS8

**United States District Court
for the District of Utah**

**Petition and Order for Action on Conditions of Pretrial Release**

CC: Prob
AUSA
USMS

FILED
U.S. DISTRICT COURT
2014 JUL 31 A 9:52
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

Name of Defendant: **Jeron Scott Hales**        Docket Number: **2:13-CR-00717-TS-PMW-4**

Name of Judicial Officer: **Paul M. Warner, United States Magistrate Judge**

Date of Release: **January 30, 2014**

## PETITIONING THE COURT

[ X ]   To issue a summons

## CAUSE

The pretrial officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:**   On July 25, 2014, the defendant submitted a urine sample which tested positive for methamphetamine.

Evidence in support of this allegation is an acknowledgment form signed by the defendant, dated July 25, 2014.

I declare under penalty of perjury that the foregoing is believed to be true and correct.

_____
Brian Blevins
United States Pretrial Services Officer
Date: July 30, 2014

## THE COURT ORDERS:

[ X ]   The issuance of a summons
[ ]   The issuance of a warrant
[ ]   No action
[ ]   Other

_____
Honorable Paul M. Warner
United States Magistrate Judge

Date: 30 July 2014